.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVIRON TECHNOLOGIES, INC., | No. 1:15-cv-01643-DAD-JLT |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO STAY DISCOVERY BY PROTECTIVE ORDER AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE |
| WESTERN STATES INTERNATIONAL, INC. et al., | |
| Defendants. | (Doc. No. 27) |

On December 22, 2015, defendants Western States International, Inc. and Ingrid Aliet-Gass moved to stay discovery and to continue the initial scheduling conference in this case, which was then set for February 12, 2016. (Doc. No. 27.) On December 29, 2015, an order issued continuing the initial scheduling conference to April 12, 2016 at 9:00 a.m. before Magistrate Judge Jennifer L. Thurston. (Doc. No. 30.)

In light of the order re-setting the initial scheduling conference, and pursuant to Federal Rule Civil Procedure 26(d)(1) (prohibiting discovery before the parties have conferred as required by Rule 26(f)), defendants' motion to stay discovery and to continue the initial scheduling

/////

/////

/////

1

conference (Doc. No. 27) is denied as moot and the hearing noticed for January 19, 2016, is vacated.[1]

IT IS SO ORDERED.

Dated:   **January 4, 2016**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] Defendants have moved to dismiss and/or remand this action and noticed those motions for hearing before the undersigned on February 16, 2016 at 9:30 a.m., well before the initial scheduling conference now set for April 12, 2016, before Magistrate Judge Thurston.